IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**                                                                               **PLAINTIFF**
**ADC #133975**

v.                              Case No. 4:21-cv-00522-KGB-JJV

**ASHLEY KING, *et al*.**                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Charles Ashford has not filed any objections, and the time for doing so has passed. Mr. Ashford has, however, filed another motion to proceed *in forma pauperis* and a second "amended complaint" that seeks to raise a claim regarding access to commissary privileges that Mr. Ashford filed a grievance about on September 10, 2021, several months after his complaint was filed in this case on June 17, 2021 (Dkt. Nos. 9; 10). Mr. Ashford cannot raise new claims in an amended complaint in this case that were not fully grieved before his complaint in this lawsuit was filed. *See* 42 U.S.C. § 1997e(a) ("No action shall be brought with respect to prison conditions . . . by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted"); *Woodford v. Ngo*, 548 U.S. 81, 90 (2006) (explaining the proper exhaustion of remedies "means using all steps that the [prison] holds out, and doing so properly"); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) ("If exhaustion was not completed at the time of filing, dismissal is mandatory").

After careful consideration, the Court concludes that Judge Volpe's Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Ashford's complaint and amended complaints (Doc. Nos. 1; 4; 10). The Court denies as moot Mr. Ashford's motion for

leave to proceed *in forma pauperis* and motion for status update (Dkt. No. 9; 11). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

So ordered this 30th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge