IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**  **PLAINTIFF**
**ADC #133975**

v. Case No. 4:21-cv-00522-KGB-JJV

**ASHLEY KING,** *et al***.** **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Charles Ashford's complaint and amended complaints are dismissed without prejudice (Dkt. Nos. 1; 4; 10). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged, this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge